# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Finley, | ) | |
| | ) | Case No. 1-17-cr-199 |
| Defendant. | ) | |

The court has been alerted the Defendant's significant other has went into premature labor with the Defendant's child. In an email addressed to the court and the United States, counsel for the Defendant requested the court relieve Defendant of his home confinement so that he could be at the hospital during the pendency of this medical emergency. The court **ORDERS** as follows:

(1) The Defendant is relieved of his home confinement as long as necessary to be with his significant other during this medical emergency.

(2) The Defendant shall maintain frequent communication with his counsel and his supervising officer regarding the status of the medical emergency.

(3) The Defendant shall not go anywhere other than the hospital identified by his counsel without the prior approval of his supervising officer.

(4) The Defendant shall immediately return to his home confinement once this medical emergency has ended.

(5) The Defendant shall abide by all other conditions of his pretrial release.

**IT IS SO ORDERED.**

Dated this 13th day of February, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court